UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SHARIFI GLOBAL TRADE INC, et al.,<br><br>    Defendants. | Case No. 22-cv-07640-LJC<br><br>**ORDER GRANTING FIRST MOTION FOR EXTENSION OF TIME TO FILE CASE MANAGEMENT STATEMENT**<br><br>Re: Dkt. No. 19 |

Before the Court is Plaintiff GS Holistic, LLC's First Motion for Extension of Time to File Case Management Statement. Dkt. 19. Plaintiff requests an additional 14 days to file the parties' Joint Case Management Statement, originally due on April 20, 2023, because counsel for both parties have not yet finalized the terms of the Joint Case Management Statement and they "anticipate settling and believe settlement is viable at this time." Id. Plaintiff requests the 14-day extension as well as "any other relief this Court deems just and proper."

The Court hereby **GRANTS** Plaintiff's Motion.[1] The Case Management Statement is due by May 4, 2023. The Second Case Management Conference is set for May 11, 2023, at 1:30 p.m. via Zoom videoconference. The May 31, 2023 deadline for all motions for default judgment remains in place.

The Court notes that the Clerk has issued an Entry of Default in this case against both Defendants. If Defendants have still not appeared in this action by the deadline to file the Case Management Statement, then Plaintiff's Case Management Statement shall provide the Court with

---

[1] The Court is granting Plaintiff's Motion even though Plaintiff's counsel has failed to comply with Civil Local Rule 6-3 regarding motions to change time, in particular, the requirement that such motions be "accompanied by a proposed order and by a declaration." L.R. 6-3(a).

a status report regarding Plaintiff's preparation of any motions for default judgment.  The requirements for the contents of a Joint Case Management Statement set forth in the Standing Order for All Judges of the Northern District of California shall not apply in this action for purposes of the May 11, 2023 Second Case Management Conference.

Finally, the Court reminds Plaintiff's counsel that under Civil Local Rule 6-1, a request to change a deadline or event date already fixed by Court order requires either a written stipulation, pursuant to Civil Local Rule 6-2, or a motion, pursuant to Civil Local Rule 6-3.  Failure to follow proper procedures under the Civil Local Rules may result in a rejection of any request to change time.

**IT IS SO ORDERED.**

Dated: April 21, 2023

LISA J. CISNEROS
United States Magistrate Judge