UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHARIFI GLOBAL TRADE INC, et al.,<br><br>　　　　Defendants. | Case No.  22-cv-07640-LJC<br><br>**ORDER DIRECTING CLERK TO CLOSE THE CASE**<br><br>Re: ECF No. 31 |

　　　　On June 8, 2023, the parties filed a Joint Stipulation of Dismissal with Prejudice.  ECF No. 31.  In light of the parties' stipulation, this action has been terminated and the dismissal was effective on filing without the need for a court order.  See Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

　　　　The parties also purportedly agreed that "the Court shall retain jurisdiction to enforce the parties' confidential settlement agreement."  ECF No. 31 at 1.  However, neither Rule 41(a)(1)(A) "nor any provision of law provides for jurisdiction of the court over disputes arising out of an agreement that produces the stipulation" of voluntary dismissal.  Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 378 (1994).  The only way for the Court to retain jurisdiction to enforce the settlement agreement is for it to "embody the settlement contract in its dismissal order or…retain jurisdiction over the settlement contract" in the body of a Court order.  Id. at 381–82.

　　　　The Court hereby declines to retain jurisdiction to enforce the parties' settlement agreement.  See Arata v. Nu Skin Int'l, Inc., 96 F.3d 1265, 1269 (9th Cir. 1996) ("[T]he mere fact that the parties agree that the court should exercise continuing jurisdiction is not binding on the court"); Hellenic Petroleum LLC v. Mansfield Oil Co. of Gainesville, Inc., No. 119CV01071DADSKO, 2022 WL 1204704, at *2 (E.D. Cal. Apr. 22, 2022) (finding that the

district court lacked ancillary jurisdiction to enforce the terms of the parties' settlement agreement where the assigned magistrate judge declined to retain such jurisdiction); <u>California Sportfishing Prot. All. v. Agric. Mgmt. & Prod. Co., Inc.</u>, No. 2:14-CV-02328-KJMAC, 2016 WL 4796841, at *1 (E.D. Cal. Sept. 14, 2016) (noting that "the court in its discretion typically declines to maintain jurisdiction to enforce the terms of the parties' settlement agreement.")

Accordingly, the Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: July 20, 2023

_____
LISA J. CISNEROS
United States Magistrate Judge